# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN RIVERA, | Case No. 2:19-cv-00288-APG-PAL |
| Petitioner, | **ORDER** |
| v. | [ECF No. 4] |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

The petitioner has moved for an extension of time to comply with the Court's order of February 26, 2019. The motion **(ECF No. 4) is granted**. The petitioner will have 21 days from the date of this order to file a petition in this case. The failure to do so will result in dismissal of this action without prejudice. The petitioner remains responsible for calculating the running of the federal limitation period and timely asserting claims, without regard to the extension granted herein. That is, by ordering the petitioner to file a petition in this case, I make no finding or representation that any such petition would not be subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

Dated: May 1, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE