Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Juan Rivera

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Juan Rivera, | Case No. 2:19-cv-00288-APG-BNW |
| Petitioner, | |
| v. | **Unopposed motion for extension of time to file amended petition for writ of habeas corpus** |
| Brian Williams, *et al.*, | |
| Respondents. | **(First request)** |
| | **ORDER** |

Petitioner Juan Rivera moves this Court for the entry of an order extending the time within which he must file an amended petition for writ of habeas corpus by 91 days from October 7, 2019 to and including January 6, 2020. The state, by Deputy Attorney General Jaimie Stilz, does not object to this request, though her non-objection does not constitute a waiver of any procedural defenses respondents may wish to raise in response to the amended petition including, but not limited to, timeliness, procedural default, and questions of exhaustion.

This is Rivera's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Rivera.

The Federal Public Defender was appointed to represent Rivera on May 30, 2019.[1] Undersigned counsel filed her notice of appearance on June 28, 2019.[2] Because of counsel's schedule,[3] she was not able to meet with Rivera until September 9, 2019. At this meeting, counsel learned that River's family has many documents, including discovery, necessary for filing the amended petition. Counsel is in the

---

[1] ECF No. 8.

[2] ECF No. 10.

[3] In late June, counsel travelled to Wells, NV for an initial client meeting. In June, counsel also made four appearances in state court on petitions raising a claim under *McCoy v. Louisiana*. Also in June, counsel filed an amended petition in *Ford v. Howell*, Case No. 2:17-cv-00112-RFB-VCF and a petition in *Ludwig v. Baca*, Case No. 3:18-cv-00361-MMD-CBC. In July, counsel was out of the office for approximately two weeks. Counsel also filed an opposition to motion to dismiss in *Xia v. Baca*, Case No. 3:16-cv-00651-HDM-CBC in July. In August, counsel attended a conference in Denver. In addition, counsel was preparing for an evidentiary hearing in the Eighth Judicial District Court that was scheduled for August 1, 2019, and which did not get continued until July 31, 2019. Counsel also filed a reply in *McClain v. LeGrand*, Case No. 3:14-cv-00269-MMD-CBC, a COA in *Tompkins v. Baca*, No. 19-16438, a Reply Brief in *Vontobel v. Benedetti*, No. 18-15892, a petition in *Contreras Armas v. Baker*, Case No. 3:18-cv-00387-HDM-WGC, and a state petition in *Kinder v. LeGrand* in August.

process of obtaining those documents and records from Rivera's family. Counsel will need more time to obtain, review and read all the discovery.

Counsel is in the process of reviewing the record and gathering discovery. In addition, between now and early December, counsel will have two evidentiary hearings in state court and an oral argument to the Ninth Circuit Court of Appeals. Counsel will be out of the office for one week in December. Counsel has factored these court hearings and time away from the office into her request for a 91 day extension.

For these reasons, counsel respectfully asks this Court to grant Rivera's request to extend the time for filing an amended petition by 91 days until January 6, 2020.

Dated October 7, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kimberly Sandberg*
KIMBERLY SANDBERG
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: 10/7/2019