Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org


*Attorney for Petitioner Juan Rivera

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Juan Rivera, | |
| Petitioner, | Case No. 2:19-cv-00288-APG-BNW |
| v. | **Unopposed motion for extension of time to file amended petition for writ of habeas corpus** |
| Brian Williams, *et al.*, | |
| Respondents. | **(Third request)** |
| | **ORDER** |

On January 6, 2020, Rivera filed a motion for a stay and abeyance of his federal case while he returned to state court to litigate a DNA motion. On January 13, 2020, this Court denied the motion for stay and issued an order to show cause. Rivera filed a motion for reconsideration of the denial of the stay along with a response to the order to show cause. Rivera requests an order extending the time within which he must file an amended petition for writ of habeas corpus by 91 days from April 6, 2020 to and including July 6, 2020. The state, by Deputy Attorney General Jaimie Stilz, does not object to this request, though her non-objection does not constitute a waiver of any procedural defenses respondents may wish to raise in response to the amended petition including, but not limited to, timeliness, procedural default, and questions of exhaustion.

This is Rivera's third request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Rivera.

First, Rivera asks this Court to postpone the filing of his amended petition until the Court has issued a decision on the motion for reconsideration and the response to the order to show cause. Additionally, undersigned counsel's schedule has prevented her from drafting Rivera's amended petition. Counsel filed a COA to the Ninth Circuit Court of Appeals in *Saintal v. Foster*, case no. 20-15213 on March 16, 2020. Counsel filed a petition for rehearing in *Vontobel v. Benedetti*, case no. 18-15892 on March 20, 2020. Counsel filed a petition for writ of habeas corpus on March 30, 2020, in *Yowell v. Baca*, case no. 3:15-cv-00318-MMD-WGC. Counsel is also litigating in state court. Counsel filed an opposition to motion to dismiss in the Fifth Judicial District Court on March 30, 2020, and counsel filed three reply briefs to the Nevada Supreme Court on April 2 and 3, 2020. Counsel also has an opposition to motion to dismiss due on April 9, 2020 in *Miranda-Rivas v. Wickman*, case no. Case No. 3:16-cv-00663-MMD-VPC.

For these reasons, counsel respectfully asks this Court to grant Rivera's request to extend the time for filing an amended petition by 91 days until July 6, 2020.

Dated April 6, 2020.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kimberly Sandberg*
Kimberly Sandberg
Assistant Federal Public Defender

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 6, 2020.